**Order entered March 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01060-CV

**LAZO TECHNOLOGIES, INC., ET AL., Appellants**

**V.**

**HEWLETT-PACKARD COMPANY, ET AL., Appellees**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-06786-D**

## ORDER

We **GRANT** the March 26, 2015 unopposed motion of appellee Garrett Goeters for an extension of time to file a brief. We **ORDER** the brief tendered to this Court by appellee Garrett Goeters on February 25, 2015 filed as of the date of this order.

/s/     ELIZABETH LANG-MIERS
            JUSTICE